**Wright & Reihner, P.C.**
By: Joseph T. Wright, Jr., Esquire
    I.D. No. 32690
    Danielle M. Mulcahey, Esquire
    I.D. No. 76999
148 Adams Avenue
Scranton, Pennsylvania 18503
(570) 961-1166 Telephone
(570) 961-1199 Facsimile

**Kirkpatrick & Lockhart Preston Gates Ellis LLP**
By: David R. Fine, Esquire
    I.D. No. 66742
17 North Second Street, 18th Floor
Harrisburg, PA 17101
(717) 231-4500 Telephone
(717) 231-4501 Facsimile
By: Kenneth Komoroski, Esquire
    I.D. No. 52708
Henry W. Oliver Bldg., 535 Smithfield St.
Pittsburgh, PA 15222-2312
(412) 355-6500 Telephone
(412) 355-6501 Facsimile

Attorneys for Defendant

_____

| | | |
|---|---|---|
| LOUISE E. KNAUER, TRUSTEE of the CHARLES A. KNAUER TRUST, | : : : | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA |
| Plaintiff | : : | |
| v. | : : | CIVIL ACTION – LAW JURY TRIAL DEMANDED |
| CABOT OIL & GAS CORPORATION, | : : : | NO. 3:08-cv-837 FILED VIA ECF |
| Defendant. | : : | (Honorable James M. Munley) |

## **MOTION TO DISMISS**

Defendant, Cabot Oil & Gas Corporation (hereinafter "Cabot"), by and through its undersigned counsel, pursuant to Federal Rule of Civil

Procedure 12(b)(6), respectfully requests that this Honorable Court dismiss the Complaint in its entirety for failure to state a claim upon which relief can be granted, for the reasons to be set forth in the Defendant's Brief in Support of Motion to Dismiss.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendant hereby certifies that Counsel for Plaintiff does not concur in this Motion.

        Respectfully submitted,

        WRIGHT & REIHNER, P.C.
        BY: /s / Joseph T. Wright, Jr.
        Joseph T. Wright, Jr.
        Danielle M. Mulcahey
        148 Adams Avenue
        Scranton, PA  18503
        (570) 961-1166
        (570) 961-1199 (facsimile)

        KIRKPATRICK & LOCKHART
        PRESTON GATES ELLIS LLP
        David R. Fine
        17 North Second Street, 18th Floor
        Harrisburg, PA 17101
        (717) 231-4500
        (717) 231-4501 (facsimile)

        Kenneth Komoroski
        Henry W. Oliver Bldg., 535 Smithfield St.
        Pittsburgh, PA 15222-2312
        (412) 355-6500
        (412) 355-6501 (facsimile)

Dated:  May 12, 2008

Attorneys for Defendant,
Cabot Oil & Gas Corporation

# **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion to Dismiss to be filed via ECF and that the following are filing users under the ECF system. Upon the electronic filing of a pleading or other document the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case.  Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

    Michael J. Giangrieco, Esq.
    Law Office of Michael J. Giangrieco
    26 Public Avenue
    PO Box 126
    Montrose, PA  18801-0126

    /s/ Joseph T. Wright, Jr.
    JOSEPH T. WRIGHT, JR.

DATE:  May 12, 2008